Argued and submitted October 31, affirmed December 4, 1991

David Brian FARAH,
*Petitioner,*

*v.*

MOTOR VEHICLES DIVISION,
*Respondent.*

(15-900723-11985; CA A68294)

820 P2d 466

Paul G. Dodds, Portland, argued the cause for petitioner. With him on the brief were Raymond M. Rask and Brownstein, Rask, Sweeney, Kerr, Grim & DeSylvia, Portland.

Richard D. Wasserman, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Buttler, P. J., dissenting.

**BUTTLER, P. J.,** dissenting.

I dissent for the reason stated in my dissent in *Moore v. MVD*, 109 Or App 195, 818 P2d 974 (1991).